## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 11-cr-313-01 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| LEONARDO HERNANDES-GIRON | MAGISTRATE JUDGE HILL |

## JUDGMENT

The Official Transcript of the Plea Hearing containing the Report and Recommendation of the Magistrate Judge [Record Document 29] having been considered, the Defendant having waived his right to file objections thereto [Record Document 35], and finding that the Magistrate Judge's Report and Recommendation is supported by the law and the record in this matter and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the District Court accepts the guilty plea of the defendant, Leonardo Hernandes-Giron, and adjudges him **GUILTY** of the offense charged in Count One of the Bill of Information against him, that is, making false claims of United States citizenship in violation of Title 18, United States Code § 911.

**THUS DONE AND SIGNED** in chambers on this 16th day of April, 2012.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE